IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
MISSISSIPPI OXFORD DIVISION

THOMAS KEATHLEY AND CONNIE
KEATHLEY,

      Plaintiffs,

                                        No. 3:21cv261-MPM-RP

v.                                    JURY DEMANDED

BUDDY AYERS CONSTRUCTION, INC.,
AND DAVID FOWLER. INDIVIDUALLY,
AND AS AN EMPLOYEE, AGENT,
AND/OR SERVANT OF BUDDY AYERS
CONSTRUCTION, INC.,

      Defendants.

**PLAINTIFF CONNIE KEATHLEY'S STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

        COMES NOW Plaintiff Connie Keathley, only, by and through counsel, pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure, and announces to the Court that Plaintiff

Connie Keathley's claims may be dismissed without prejudice.

                                            Respectfully submitted,

                                          BAILEY & GREER, PLLC

                                          /s/ Thomas R. Greer
                                          Thomas R. Greer (#105164)
                                          Bailey & Greer, PLLC
                                          6256 Poplar Avenue
                                          Memphis, TN 38119
                                          Phone: (901) 680-9777
                                          Fax: (901) 680-0580
                                          E: tgreer@baileygreer.com

/s/ Arnold U. Luciano
Arnold U. Luciano
Bethany A. Tarpley
Jack Griffith Luciano, P.A.
150 Sharpe Avenue
P O Box 1209
Cleveland, MS   38732
E: aluciano@jlpalaw.com
E: aluciano@jlpalaw.com
*Counsel for David Fowler*


/s/ Dana Dearman
Claude O'Donnell, Jr.
Dana Dearman, Jr.
Clayton O'Donnell, PLLC.
115 North Broadway
Tupelo, MS   38802
E: cclayton@claytonodonnell.com
E: ddearman@claytonodonnell.com
 *Counsel for Ayers Construction*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served upon the following by electronic mail on Friday, October 7, 2022.

Arnold U. Luciano
Bethany A. Tarpley
Jack Griffith Luciano, P.A.
150 Sharpe Avenue
P O Box 1209
Cleveland, MS   38732
Email: aluciano@jlpalaw.com
Email: aluciano@jlpalaw.com
*Counsel for David Fowler*


Claude O'Donnell, Jr.
Dana Dearman, Jr.
Clayton O'Donnell, PLLC.
115 North Broadway
Tupelo, MS   38802
Email: cclayton@claytonodonnell.com
Email: ddearman@claytonodonnell.com
 *Counsel for Ayers Construction*


/s/ Thomas R. Greer
Thomas R. Greer (#105164)