**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**THOMAS KEATHLEY and**
**CONNIE KEATHLEY**                                                                   **PLAINTIFFS**

**VS.**                                      **CIVIL ACTION NO.: 3:21-CV-261-MPM-RP**

**BUDDY AYERS CONSTRUCTION, INC.,**
**and DAVID FOWLER, Individually and as**
**an Employee, Agent, and/or Servant of**
**Buddy Ayers Construction, Inc.**                                      **DEFENDANTS**

**ORDER GRANTING PLAINTIFF CONNIE KEATHLEY'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Before the Court is Plaintiff Connie Keathley's Stipulation of Voluntary Dismissal Without Prejudice [42]. Accordingly, Plaintiff Connie Keathley's claims against the Defendants are dismissed without prejudice. Plaintiff Thomas Keathley's claims against the Defendants are still pending.

ORDERED this the 11th day of October 2022.

                                                       /s/ Michael P. Mills
                                                      UNITED STATES DISTRICT JUDGE
                                                      NORTHERN DISTRICT OF MISSISSIPPI